# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ARLANDERS GIBSON | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 2:03-cr-00350-LRH-PAL-1<br>USM Number: 38264-048<br><br>Jawara Griffin, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of supervised release conditions identified in the petition filed 06/30/2020 (ECF No. 2020) at paragraphs 1 through 4.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| ECF No. 2020, ¶ 1 | Must Report As Instructed | 04/16/2020 |
| ECF No. 2020, ¶ 2 | Substance Abuse Treatment | 06/28/2020 |
| ECF No. 2020, ¶ 3 | Report Police Contact Within 72 Hours | 05/01/2020 |
| ECF No. 2020, ¶ 4 | Shall Not Associate with Criminals | 05/01/2020 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: XXXX

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
Incarcerated, Pahrump, NV

07/01/2021
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Larry R. Hicks, United States District Judge
Name and Title of Judge

7/6/21
Date

DEFENDANT: Arlanders Gibson
CASE NUMBER: 2:03-cr-00350-LRH-PAL

Judgment Page 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **7 (SEVEN ) MONTHS**.

☑ The court makes the following recommendations to the Bureau of Prisons:

FCI Terminal Island, CA

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL